ACCEPTED
03-14-00637-CR
4428425
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 4:49:20 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00637-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 4:49:20 PM
JEFFREY D. KYLE
Clerk

———————————————————

On Appeal from the 403rd Judicial District Court of
Travis County, Texas
Cause Number D-1-DC-12-302227

———————————————————

**CHRISTOPHER BRIAN ROBERTS, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

———————————————————

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

———————————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Christopher Brian Roberts, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1. Appellant's brief is due in this case on March 9, 2015.

2. Appellant seeks an extension of sixty days in which to file his brief, making his brief due on or before May 8, 2015.

3. In the past thirty days, the undersigned has filed briefs in the Third Court of Appeals in the cases of: *Joe Derek Carr v. The State of Texas*, No.

03-14-00234-CR; *Joe Derek Carr v. The State of Texas*, No. 03-14-00235-CR; and *Fred Robert Schneider v. The State of Texas*, No. 03-14-00189-CR. Additionally, the undersigned filed a brief in the Tenth Court of Appeals in the case of *Wesley Theodore Burns v. The State of Texas*, No. 10-14-00053-CR. Further, the undersigned filed a Petition for Writ of Habeas Corpus in Cause Number 08-1623-K26, *Ex parte Adam Adel Hayek*. Finally, the undersigned has made numerous court appearances and has undertaken the tasks associated with the management of a solo attorney practice.

4. The undersigned has filed one previous motion for extension of time in this case.

5. For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on May 8, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Travis County District Attorney's Office, P.O. Box 1748, Austin, Texas, 78767, on March 9, 2015.

    /s/ Kristen Jernigan
Kristen Jernigan